IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VANESSA MARISETT, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:12-cv-00081 |
| ) | |
| v. ) | |
| ) | **NOTICE OF CHANGE OF ADDRESS** |
| ) | |
| OMAHA PUBLIC SCHOOL ) | |
| DISTRICT, DR. JOHN MACKIEL, ) | |
| ) | |
| Defendants. ) | |

**COMES NOW**, Raymond R. Aranza, counsel for the Plaintiff in the above-captioned matter, and requests the court take notice that he is now associated with the law firm of Marks Clare & Richards LLC.

His new address is:

> MARKS CLARE & RICHARDS, L.L.C.
> 11605 Miracle Hills Drive, Suite 300
> Omaha, Nebraska 68154
> Phone: 402-492-9800
> Fax:    402-492-9336
> E-Mail: raranza@mcrlawyers.com

**DATED** this _11_ day of January, 2013.

VANESSA MARISETT, Plaintiff

By:    /s/ Raymond R. Aranza
Raymond R. Aranza, #18523
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, Suite 300
Omaha, Nebraska 68154
Phone: 402-492-9800
Fax:    402-492-9336
E-Mail: raranza@mcrlawyers.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the __11__ day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerald Rauterkus
Erickson Sederstrom, PC
Regency West Point Suite 100
10330 Regency Parkway Drive
Omaha NE 68114

Kenneth W. Hartman
Baird Holm, LLP
1500 Wooden Tower
1700 Farnam Street
Omaha, NE 68102-2068

                                               /s/ Raymond R. Aranza